UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; AND CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

EVERLAST SCAFFOLDING, INC.,

Respondent.

26 CIVIL 0781 (KPF)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated July 7, 2026, Petitioners' motion for summary judgment is GRANTED. Accordingly, judgment is entered in favor of Petitioners in the amount of $849,993.22, consisting of: (i) the arbitration award of $764,456.99, (ii) $5,498.01 in attorneys' fees, (iii) $251.95 in costs, and (iv) $79,786.27 in post-award, prejudgment interest. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 and the case is closed.

**Dated:** New York, New York
July 8, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**